

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2014

No. 04-14-00660-CV

**IN THE INTEREST OF J.A.E., JR.,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2011CVQ002377-C3
Honorable Jesus Garza, Judge Presiding

## O R D E R

The clerk's record was due September 8, 2014, but it was not filed. On September 24, this court notified the trial court clerk that the clerk's record was late. *See* TEX. R. APP. P. 37.3(a)(1). The clerk responded to our notice by filing a notice on October 24, stating appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We order appellant Jorge Garcia to provide written proof to this court on or before **November 10, 2014** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1 and 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2014.

_____
Keith E. Hottle
Clerk of Court